# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ROCKY JOHNSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00038-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| EVA FIELDS, ET AL, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2014 Order.

November 14, 2014

_____
Frank G. Johns, Clerk
United States District Court