**DISTRICT COURT OF THE UNITED STATES**
**WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:14-cv-38-FDW**

| | |
|---|---|
| **ROCKY JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **EVA FIELDS, Nurse, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**UPON MOTIONS** of both parties, (Doc. Nos. 49, 52), for an enlargement of time within which to conduct discovery,

**IT IS HEREBY ORDERED** that all parties shall have up to and including April 15, 2017, in which to compete discovery. Moreover, the deadline for filing dispositive motions is extended to May 15, 2017.

To this extent, the parties' motions for extensions of time, (Doc. Nos. 49, 52), are **GRANTED**.

Signed: March 8, 2017

_Frank D. Whitney_
Frank D. Whitney
Chief United States District Judge