DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14-cv-38-FDW

| | |
|---|---|
| ROCKY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| EVA FIELDS, Nurse, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before on the Court on a motion filed by Plaintiff, (Doc. No. 83), for an enlargement of time within which to file a responsive pleading to Defendants' Motions for Summary Judgment, (Doc. Nos. 65, 67). Defendants state that they do not oppose the motion. (Doc. No. 85).

**IT IS HEREBY ORDERED** that Plaintiff's motion is granted. Defendants shall promptly re-send Plaintiff his requested discovery materials, as explained by Plaintiff in his underlying motion. When Plaintiff receives the requested discovery materials, Plaintiff shall then have thirty days to respond to the pending summary judgment motions.

**IT IS SO ORDERED**.

Signed: August 29, 2017

*[Signature]*
Frank D. Whitney
Chief United States District Judge